

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

IN RE: RUDOLPH AUTOMOTIVE, LLC     §          No. 08-18-00149-CV
D/B/A RUDOLPH MAZDA AND
RUDOLPH CHEVROLET, LLC,            §        AN ORIGINAL PROCEEDING

            Relators.              §            IN MANDAMUS

                                   §

                                   §

**O R D E R**

The Court has reviewed the mandamus petition filed by Relators, Rudolph Automotive, LLC d/b/a Rudolph Mazda and Rudolph Chevrolet, LLC, and has determined that no action will be taken on the petition until Relators have filed a supplemental mandamus record containing the reporter's record of the trial. The supplemental mandamus record is due to be filed no later than November 19, 2018. Relators' amended mandamus petition is due to be filed thirty days after the supplemental mandamus record is filed. The response of the real party in interest is due to be filed thirty days after Relators' amended petition is filed.

IT IS SO ORDERED this 19th day of September, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.